Johnson v. Lullman.

JOHNSON, *Assignee, Appellant*, v. LULLMAN, *Adminis-trator, Respondent.*

1. **Practice :** PRESUMPTIONS. The cause having been tried by the court without a jury, and no declarations of law having been asked or given, it will be presumed on appeal, that the court entertained correct views of law, and if there is substantial evidence to support the judgment, it will be affirmed.

2. **Corporations:** STOCK: PRESUMPTIONS. The presumption is that a certificate of stock in the usual form is full paid, and a purchaser who takes it without notice, is not liable to creditors if the company's representions that the stock is full paid are false,

3. ————: LIABILITY OF STOCKHOLDERS: SURRENDER OF STOCK. A stockholder who surrenders unpaid stock to the corporation is not liable thereon to a creditor of the corporation whose demand accrued after the surrender,*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*C. H. Krum* and *Smith & Harrison* for appellant.

*Taylor & Pollard* for respondent.

PER CURIAM.—This case is before us on appeal from the judgment of the St. Louis court of appeals, affirming the judgment of the circuit court rendered in defendant's favor. After a full examination of the case, we affirm the judgment on the grounds and for the reasons stated in the opinion of the court of appeals. *Johnson v. Lullman*, 15 Mo. App. 55.

---

* These syllabi are taken from 15 Mo. App. 55.